# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY TAYLOR,<br><br>    Plaintiff,<br><br>    v.<br><br>LIBERTY INSURANCE CORPORATION,<br><br>    Defendant. | Case No. 1:20-cv-00299-AWI-SAB<br><br>ORDER RE STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 12) |

The scheduling order in this matter was issued on May 5, 2020. (ECF No. 11.) On October 22, 2020, the parties filed a stipulation to modify the May 5, 2020 scheduling order due to delays in completing discovery because of the COVID-19 pandemic. (ECF No. 12.) The parties are reminded that pursuant to the Local Rules of the Eastern District of California, a proposed order is to be submitted to the judge or magistrate judge. L.R. 143(b). The Court finds that good cause exists to amend the scheduling order.

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the May 5, 2020 scheduling order is AMENDED as follows:

1. Non-Expert Discovery Cutoff:         February 19, 2021
2. Expert Disclosures:                  February 26, 2020
3. Supplemental Expert Disclosure:      March 5, 2021
4. Expert Discovery Cutoff:             March 19, 2021

5. Dispositive Motion Filing Deadline: April 9, 2021

All other aspects of the May 5, 2020 scheduling order remain in effect.

IT IS SO ORDERED.

Dated: **November 4, 2020**

UNITED STATES MAGISTRATE JUDGE