|  |  |
|---|---|
| KELLY TAYLOR,              Plaintiff,       v.   LIBERTY INSURANCE CORPORATION,              Defendant. | Case No. 1:20-cv-00299-AWI-SAB  ORDER RE STIPULATION TO MODIFY SCHEDULING ORDER AND SECOND AMENDED SCHEDULING ORDER  (ECF No. 21) |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

This matter was removed to the Eastern District of California from the Fresno County Superior Court on February 24, 2020. (ECF No. 1.) The scheduling order in this matter issued on May 5, 2020. (ECF No. 11.) On October 22, 2020, the parties filed a stipulation to amend the May 5, 2020 scheduling order and an order amending the scheduling orders was filed on November 4, 2020. (ECF Nos. 12, 13.) On February 12, 2021, a second stipulation was filed to amend the scheduling order. (ECF No. 21.) The Court finds that good cause exists to amend the scheduling order.

Accordingly, IT IS HEREBY ORDERED that the May 5, 2020 scheduling order, as amended November 4, 2021, is AMENDED as follows:

1. Expert Disclosures:             March 5, 2021
2. Supplemental Expert Disclosure:   March 19, 2021
3. Expert Discovery Cutoff:          March 31, 2021

1

4. Dispositive Motion Filing Deadline: April 9, 2021

All other aspects of the May 5, 2020 scheduling order remain in effect.

IT IS SO ORDERED.

Dated: __**February 16, 2021**__

_____
UNITED STATES MAGISTRATE JUDGE

2