# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY TAYLOR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LIBERTY INSURANCE CORPORATION,<br><br>　　　　Defendant. | Case No. 1:20-cv-00299-AWI-SAB<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 25)<br><br>THIRTY DAY DEADLINE |

On April 28, 2021, a notice of settlement was filed informing the Court that the parties have reached a tentative settlement resolving this action and are in the process of preparing the settlement agreement. (ECF No. 25.)

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within **thirty (30) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated: __**April 29, 2021**__

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1